No. 642. Mills Novelty Co. v. United States. March 21, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Weymouth Kirkland* and *Willis D. Nance* for petitioner. *Solicitor General Thacher, As-*

548·

sistant Attorney General Rugg, and Messrs. Whitney North Seymour, H. Brian Holland, and Wm. H. Riley, Jr., for the United States.

